STATE v. SANFORD VIDEO & NEWS, INC.

No. 638P01

Case below: 146 N.C. App. 554

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 31 January 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

STATE v. SCOTT

No. 598PA01

Case below: 146 N.C. App. 283

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 31 January 2002. Motion by defendant to dismiss denied 31 January 2002. Conditional petition by defendant for discretionary review as to additional issues of the decision of the North Carolina Court of Appeals denied 31 January 2002.

STATE v. SIMUEL

No. 449P01

Case below: 145 N.C. App. 205

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

STATE v. SMITH

No. 660P01

Case below: 146 N.C. App. 754

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

STATE v. SULLIVAN

No. 692P01

Case below: 147 N.C. App. 314

Petition by defendant for writ of certiorari to review the decision of the North Carolina court of Appeals denied 31 January 2002.